# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1588
_____

URANA HARRIS,

Appellant,

v.

FLORIDA DEPARTMENT OF
BUSINESS AND PROFESSIONAL
REGULATION,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

May 3, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and RAY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marie A. Mattox and Ashley N. Richardson, of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Jamie Ito of Ito Law PLLC, Tallahassee, and Joseph Y. Whealdon III, Department of Business and Professional Regulation, Tallahassee, for Appellee.